**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6315**

KURT LORENZO FORD,

                                        Petitioner - Appellant,

        versus

RONALD   J.   ANGELONE,   Director,   Virginia
Department of Corrections,

                                        Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-01-1459-AM)

Submitted:  April 18, 2002        Decided:  April 30, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kurt Lorenzo Ford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kurt Lorenzo Ford appeals the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Ford's motion for a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] See Ford v. Angelone, No. CA-01-1459-AM (E.D. Va. Jan. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Our calculation suggests that 428 non-tolled days elapsed before Ford filed his § 2254 petition, while the district court calculated this period as 468 days. Under either calculation, the petition is untimely.

2